IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA WHITNEY, | ) | CASE NO. 3:13-cv-01407 |
| *Substituted for Plaintiff* | ) | |
| *Deceased* | ) | |
| Michelle Ann Whitney | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on August 4, 2014, the final decision of the Commissioner is **AFFIRMED**.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: August 4, 2014

_____
Kathleen B. Burke
United States Magistrate Judge